UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DEWAYNE HATTON,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN TRIPLETT,<br><br>Defendant. | No. 2:21-cv-1206 TLN DB P<br><br><br><br>ORDER |

Plaintiff, a county inmate, proceeds pro se with a civil rights action. Defendant has requested to modify the discovery and scheduling order.[1] (ECF No. 20.) The court will grant the request.

In light of the extension of the full discovery period for both parties, the court will vacate the portion of the order signed on October 24, 2022 setting forth an expedited discovery schedule for two video recordings sought by plaintiff. (ECF No. 21.) Plaintiff shall follow the process outlined in the October 24, 2022 order to the extent that plaintiff shall seek those video recordings from defendant through a discovery request prior to renewing a request that a subpoena be served. Instead of the expedited briefing schedule, however, the terms of the discovery and scheduling order signed on June 20, 2022, and modified as set forth below, shall apply to all discovery requests served by both parties.

---

[1] Defendant's filings indicate the correct spelling of defendant's name is "Dustin Triplett." The docket will be updated to reflect the correct spelling.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Triplett's Request to Modify the Scheduling Order is GRANTED.

2. Both parties may conduct discovery until February 20, 2023. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery shall be served not later than 60 days prior to that date.

3. All pretrial motions, except discovery motions, shall be filed by May 22, 2023.

4. In all other respects, the terms of the discovery and scheduling order signed on June 20, 2022 (ECF No. 13) remain in effect.

5. Sua sponte, in light of the extension of the full discovery period for both parties, the court vacates the portion of the October 24, 2022 order setting forth an expedited discovery schedule with specific deadlines for video recordings sought by plaintiff.

6. The Clerk of the Court is DIRECTED to update the docket to change the spelling of "Dustin Triplet" to "Dustin Triplett" to reflect the correct spelling of defendant's name.

Dated: October 31, 2022

DLB7
hatt1206.31dso

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE