UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DEWAYNE HATTON,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN TRIPLETT,<br><br>Defendant. | No. 2:21-cv-1206 TLN DB P<br><br><br><br>ORDER |

Plaintiff, a county inmate proceeding pro se with a civil rights action, has filed a proposed subpoena, which the court construes as a renewed request to have the U.S. Marshal serve a subpoena on the Rio Cosumnes Correctional Center ("RCCC"). (ECF No. 24.) Plaintiff seeks from RCCC (1) "video footage on 3-13-21 at the entry in front of J Barracks at 0800 hours" and (2) "video footage on 3-13-21 in front of Control Room 30 at 0800 hours." (ECF No. 24.)

This is a renewed request. Upon plaintiff's initial request (see ECF No. 18), plaintiff was informed that the court will not grant a request to issue a subpoena to a non-party under Fed. R. Civ. P. 45 unless the items sought are not discoverable from defendant through a request for production of documents served to defendant's counsel under Fed. R. Civ. P. 34. (See ECF Nos. 21, 22.) By orders dated October 24, 2022, and October 31, 2022, plaintiff was informed that if defendant objects to a request for these items in discovery, then a motion to compel was the next required step. (See ECF No. 21, 22.) Plaintiff was informed that the court would not issue the requested subpoena unless plaintiff first sought the items from defendant. (See ECF No. 21 at 2.)

1

1   Plaintiff has renewed the request for issuance of the subpoena. However, plaintiff has not
2   filed a motion to compel, and plaintiff's renewed request is unaccompanied by any indication
3   whether plaintiff complied with the court's order and first sought the materials through a request
4   for production of documents under Fed. R. Civ. P. 34. For these reasons, the renewed request for
5   issuance of the subpoena will be denied without prejudice. Within 30 days of the date of this
6   order, plaintiff may file a further renewed request that includes information about plaintiff's
7   attempts to obtain the materials under Fed. R. Civ. P. 34.

8   In accordance with the above, IT IS HEREBY ORDERED that plaintiff's renewed request
9   for issuance of a subpoena by the United States Marshal (ECF No. 24) is DENIED without
10  prejudice to plaintiff filing a renewed request that includes information about plaintiff's attempts
11  to obtain the materials under Fed. R. Civ. P. 34 from defendant's counsel.

12  Dated:  March 10, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
hatt1206.sbt2

2